UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum, )
        Plaintiff )

-against- ) Docket No. 7:25-cv-00518

Town of Clarkstown Police Department, )
        Defendant ) **Notice of Motion**

RECEIVED MAY 0 2 2025 PRO SE OFFICE

PLEASE TAKE NOTICE that upon the [annexed affidavit of Michael] Buxbaum filed with the court on April 27, 20[25, and upon all prior pleadings and proceedings had herein, the undersigned will move] this Court at United States District Court South[ern District of New York, located at 500 Pearl Street, New York,] City of New York, County of New York, and [at a date and time to be determined by the Court, or as soon] thereafter for the granting of the Plaintiff's [Motion for Temporary Restraining Order] RESTRAINING Jeffrey Wanamaker from the r[esponsibilities] of Clarkstown Police Department and an [Order restraining Jeffrey] Wanamaker from attendance at the offices [of the Clarkstown Police] Department at 20 Maple Avenue, New City, N[ew York from filing] and False Claims for money to the United Stat[es and receiving] such money fraudulently while in the offic[e and] conducting the responsibilities of police chief in violation of U.S. Code Title 31 SUBTITLE III CHAPTER 37 SUBCHAPTER III § 3729 FALSE CLAIMS ACT; and in violation of NYS Consolidated Laws, Chapter 62 Town Law, Article 8 Finances, Section 120 Payrolls to be certified; and in violation of Chapter 62 Town Law, Article 10 Police, Section 123 Annual

---

Application denied. Plaintiff's Notice of Motion does not specify the applicable Federal Rule of Civil Procedure pursuant to which the "Motion for Temporary Restraining Order" is brought. (*See* Local Civil Rule 7.1). Plaintiff's Notice of Motion also violates the Court's Individual Practices pertaining to temporary restraining orders.

Further, Plaintiff seeks injunctive relief against an individual identified as "Jeffrey Wanamaker," who is not a party to this action. The application is denied for failure to comply with the Federal Rules of Civil Procedure, the Local Civil Rules, and the Court's Individual Practices.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff and terminate the motion sequence pending at Doc. 18.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       May 7, 2025

accounting by town officers and employees and Section 152 Promotion; and in violation of NYS Consolidated Laws, Chapter 24 General Municipal Finances, Article 2 General Municipal Finances, Section 6-R Retirment contribution reserve funds 1; and for an immediate hearing from the United States District Court Southern District of New York for an ORDER for the REMOVAL of Jeffrey Wanamaker from the office of police chief of Defendant Town of Clarkstown Police Department.

Plaintiff Michael Buxbaum

CERTIFIED MAIL™

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM

Michael Buxbaum
7491 N Federal Hwy
125
Boca Raton FL 33487

United States District Court
Southern District of New York
500 Pearl Street
New York NY 33487
USA

RECEIVED
MAY 02 2025
PRO SE OFFICE

USPS CERTIFIED MAIL
9214 8901 4298 0417 4475 81