UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL BUXBAUM,

                Plaintiff,

-against-

TOWN OF CLARKSTOWN POLICE DEPARTMENT,

                Defendant.

**ORDER**

25-CV-00518 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On April 17, 2025, without the Court's leave or Defendant's written consent, Plaintiff filed a "Complaint and Request for Injunction," purportedly amending the Complaint. (Doc. 13, "AC"). By Order dated April 22, 2025, the Court directed the Clerk of Court to strike document number 13 from the docket, as Plaintiff filed the AC without prior approval of the Court or Defendant's written consent. (Doc. 15).

Subsequently, on May 2, 2025, again without the Court's leave or Defendant's written consent, Plaintiff filed an "Amended Complaint and Request for Injunction," purportedly amending both the Complaint and the now-stricken AC. (Doc. 19). Plaintiff having filed another amended complaint (Doc. 19) without prior approval of the Court or Defendant's written consent, the Court respectfully directs the Clerk of Court to strike document number 19 from the docket but retain the summary docket text for the record.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

1

**SO ORDERED:**

Dated: White Plains, New York
       May 7, 2025

                                              _____
                                              Philip M. Halpern
                                              United States District Judge